DAVID E. MASTAGNI (SBN 204244)
TASHAYLA D. BILLINGTON (SB 307050)
**MASTAGNI HOLSTEDT**
*A Professional Corporation*
1912 I Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
davidm@mastagni.com
tbillington@mastagni.com

Attorneys for Plaintiffs

RANDALL HAKES (SBN 233548)
**SACRAMENTO MUNICIPAL UTILITY DISTRICT**
6201 S Street, Mail Stop B406
Sacramento, CA  95817-1818
Telephone: (916) 732-7416
Facsimile: (916) 732-6581
randall.hakes@smud.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WEBSTER, ROY TODD, ALBERT A. MENDOZA, NADINE GRUNEICH, and DAVID MARTIN, on behalf of themselves and all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Defendant. | Case No. 2:20-cv-01986-WBS-DB<br><br>**STIPULATION AND ORDER RE: VACATING DATE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on January 14, 2021, the parties filed a Joint Notice of Settlement with the Court (Dkt. No. 7) wherein the parties jointly stipulated and sought additional time for Defendant

to file its responsive pleading due to the anticipated settlement of the case;

WHEREAS, on January 15, 2021, this Court gave the Parties until March 29, 2021 to file disposition documents pursuant to Local Rule 160(b) and re-set the initial scheduling conference to April 12, 2021 (Dkt. No. 8);

WHEREAS, the original date for Defendant to respond to the complaint was December 4, 2020.

WHEREAS, pursuant to Local Rule 144(a), on December 18, 2020, the parties stipulated to give Defendant an additional twenty-eight days to respond to the complaint (Dkt. No. 6) and Defendant's response to the Complaint is presently due on or by January 21, 2021;

WHEREAS, due to the settlement posture of this case, the Parties request this Court vacate Defendant's deadline to respond to Plaintiffs' Complaint;

THEREFORE, IT IS HEREBY STIPULATED that Defendant's deadline to file a response is vacated.

Respectfully Submitted:

Dated: January 19, 2021            **MASTAGNI HOLSTEDT, A.P.C.**

By: */s/ Tashayla D. Billington*
DAVID E. MASTAGNI
Attorneys for Plaintiffs

Dated: January 19, 2021            **SACRAMENTO MUNICIPAL UTILITY DISTRICT**

By: */s/ Randall Hakes*
RANDALL HAKES
Attorney for Defendant

## ORDER

IT IS SO ORDERED THAT:

1) Pending the Parties' submission of settlement papers by March 29, 2021, the deadline for the Sacramento Utility District to file a response to Plaintiffs' Complaint is vacated;

STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT                  2                  *WEBSTER, ET AL. v. SACRAMENTO MUNICIPAL UTILITY DISTRICT*
Case No. 2:20-cv-01986-WBS-DB

9506446.1 SA010-004

2) Should the Parties fail to submit settlement papers by March 29, 2021, Defendant's response to Plaintiffs' Complaint will be April 9, 2021.

Dated:  January 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO COMPLAINT

3

WEBSTER, ET AL. v. SACRAMENTO MUNICIPAL
UTILITY DISTRICT
Case No. 2:20-cv-01986-WBS-DB

9506446.1 SA010-004