1  DAVID E. MASTAGNI (SBN 204244)
   TASHAYLA D. BILLINGTON (SB 307050)
2  **MASTAGNI HOLSTEDT**
   *A Professional Corporation*
3  1912 I Street
   Sacramento, California 95811-3151
4  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
5  davidm@mastagni.com
   tbillington@mastagni.com
6
   Attorneys for Plaintiffs
7
8  RANDALL HAKES (SBN 233548)
   **SACRAMENTO MUNICIPAL UTILITY DISTRICT**
9  6201 S Street, Mail Stop B406
   Sacramento, CA  95817-1818
10 Telephone: (916) 732-7416
   Facsimile: (916) 732-6581
   randall.hakes@smud.org
11
12 Michael D. Youril, Bar No. 285591
   Lisa S. Charbonneau, Bar No. 245906
   **LIEBERT CASSIDY WHITMORE**
13 A Professional Law Corporation
   135 Main Street, 7th Floor
14 San Francisco, California 94105
   Telephone:    415.512.3000
15 Facsimile:    415.856.0306
   myouril@lcwlegal.com
16 lcharbonneau@lcwlegal.com

17 Attorneys for Defendant

18                  IN THE UNITED STATES DISTRICT COURT

19                   EASTERN DISTRICT OF CALIFORNIA

20

| PHILIP WEBSTER, ROY TODD, ALBERT A. MENDOZA, NADINE GRUNEICH, and DAVID MARTIN, on behalf of themselves and all similarly situated individuals, | Case No. 2:20-cv-01986-WBS-DB |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT AND STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, | |
| Defendant. | |

Joint Status Report and Stipulation          1          *Webster, et al., v. SMUD*
                                                         Case No. 2:20-cv-01986-WBS-DB
9588670.1 SA010-004

1    Pursuant to the Court's January 15, 2021 Minute Order requiring the Parties to file their

2   disposition documents *or* file a Joint Status Report no later than March 29, 2021, the Parties have

3   met and conferred and hereby submit this Joint Status Report and Stipulation for Extension of

4   Time based on the following:

5    Since January 15, 2021, the Parties have finalized a settlement agreement.

6    Since January 15, 2021, the Parties identified seven (7) plaintiffs who do not have a claim

7   for damages and would not receive any recovery if this action were to proceed to trial.  The

8   seven (7) identified plaintiffs voluntarily agreed to dismiss their claims and the Parties

9   accordingly filed stipulations to dismiss those seven (7) plaintiffs from this action.

10    Defendant is still in the process of obtaining signatures to the settlement agreement from

11   the remaining twenty-nine (29) plaintiffs.

12    The Parties are drafting a joint stipulation for the Court in support of approval of the

13   settlement agreement.  Both parties will submit supporting declarations.  The Parties are in the

14   process of exchanging final language in the joint stipulation and finalizing the supporting

15   declarations.

16    Pursuant to Local Rule 160(b), the Parties respectfully request the Court extend the

17   Parties' deadline to file dispositional documents by no less than thirty (30) days, and extend both

18   Defendant's deadline to respond to the complaint and the date of the Parties' initial case

19   management conference by no less than thirty (30) days.

20                                 Respectfully Submitted:

21   Dated: March 26, 2021          **MASTAGNI HOLSTEDT, A.P.C.**

22

23                          By:    */s/ Tashayla D. Billington*
                                   TASHAYLA D. BILLINGTON
24                                 Attorneys for Plaintiffs

25   Dated: March 25, 2021          **LIEBERT CASSIDY WHITMORE**

26

27                          By:    */s/ Lisa S. Charbonneau (as authorized on 3/25/21)*
                                   LISA S. CHARBONNEAU
28                                 Attorneys for Defendant

---

1

**ORDER**

2          Having considered Plaintiffs Philip Webster, *et al.* ("Plaintiffs") and Defendant

3    Sacramento Municipal Utilities District's (collectively the "Parties") Joint Status Report and

4    Stipulation For Extension of Time, and finding that good cause exists to issue an extension,

5    IT IS HEREBY ORDERED THAT:

6          1.      The Parties will have until Friday, April 30, 2021, to file Settlement Documents in

7    this matter;

8          2.      The Scheduling Conference is reset from April 12, 2021 to May 24, 2021 at 1:30

9    p.m..  A joint status report shall be filed no later than May 10, 2021;

10         3.      Defendant's deadline to respond to Plaintiffs' complaint is reset from April 9,

11   2021 to May 7, 2021.

12

13   Dated:  March 26, 2021

WILLIAM B. SHUBB
14                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report and Stipulation                3                *Webster, et al., v. SMUD*
                                                                     Case No. 2:20-cv-01986-WBS-DB
9588670.1 SA010-004