UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP WEBSTER, ROY TODD, ALBERT A. MENDOZA, NADINE GRUNEICH, and DAVID MARTIN, on behalf of themselves and all similarly situated individuals,,<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Defendant. | Case No.: 2:20-cv-01986-WBS-DB<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE** |

**ORDER**

The Court has carefully reviewed the Settlement Agreement, the Joint Stipulation for Approval of Settlement Agreement and Dismissal of Case, and the declarations submitted in support thereof.  Based on a review of the record, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  The Settlement Agreement between Plaintiffs PHILIP WEBSTER, *et al.* ("Plaintiffs") and Defendant SACRAMENTO MUNICIPAL UTILITY DISTRICT ("Defendant") (collectively "Parties"), submitted to the Court as Exhibit A to the Declaration of David E. Mastagni, which is incorporated herein by reference, is approved as fair, reasonable and

just in all respects as to Plaintiffs, including the award of attorneys' fees and costs;

2.      The Parties shall fully abide by and perform the Settlement Agreement in its entirety and in accordance with its terms;

3.      The Court reserves jurisdiction over the above-captioned matter for the purposes of enforcing the Settlement Agreement only;

4.      The Court has made no findings or determinations regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Stipulation for Approval of Settlement and Dismissal of Case shall constitute evidence of, or any admission of, any violation of law;

5.      Judgment is entered in this Action and this Action is hereby **DISMISSED** with PREJUDICE.

6. The Scheduling Conference set for 5/24/2021, at 01:30 PM, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:  April 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9563597.2 SA010-004