# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PHILIP WEBSTER, ET AL.,**

                                                CASE NO: **2:20−CV−01986−WBS−DB**

             v.

**SACRAMENTO MUNICIPAL UTILITY DISTRICT,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/27/2021**

                                                   **Keith Holland**
                                                   Clerk of Court

ENTERED:  **April 27, 2021**

                                      by: /s/ L. Reader
                                               Deputy Clerk